# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KRISTOPHER EMBRY** | **CIVIL ACTION** |
| V. | NO. 25-00811 |
| **PIPELINE INSPECTION AND CONDITION ANALYSIS (USA) CORP. & RUSSELL NDE SYSTEMS, INC.** | **SECTION: C (1)** |

## ORDER

Considering the <u>Joint Motion to Continue Trial and Set Status Conference</u> filed February 12, 2026 (Rec. Doc. 12):

**IT IS ORDERED** that the motion is **GRANTED**. The current Scheduling Order (Rec. Doc. 8) is vacated. The Court's case manager will notice a new date for the scheduling conference.

New Orleans, Louisiana, this 20th day of February, 2026.

_____
WILLIAM J. CRAIN
UNITED STATES DISTRICT JUDGE