UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KRISTOPHER EMBRY | CIVIL ACTION |
| VERSUS | NO. 25-811 |
| PIPELINE INSPECTION AND CONDITION ANALYSIS(USA) CORP., ET AL | SECTION: "C" (1) |

**SCHEDULING CONFERENCE NOTICE**

     **A SCHEDULING CONFERENCE** will be held **BY TELEPHONE** on March 17, 2026, at 10:30 a.m., with Section C Case Manager, Dedra D. Pongracz, to schedule a pretrial conference and trial and to set cut-off dates. Counsel will call **(833) 990-9400**; then enter **Guest Code: 031130232** to join the conference.

     **TRIAL COUNSEL** shall participate in the conference, unless other counsel of record is appointed by trial counsel and given express written authority to attend and address all matters. Any such appointment shall be filed in the record at least one day before the conference.

     Court orders shall be entered as a result of and following the conference.

     Counsel adding new parties subsequent to the mailing of this notice shall notify such new party to appear at the conference.

     Counsel shall be familiar with and ensure compliance with Rule 7.1.

                                                Issued by:  Dedra D. Pongracz
                                                                        Section C Case Manager
                                                                        (504) 589-7747